**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



**Entered pursuant to Administrative Order No. 14-04,
Kenneth J. Hirz, Clerk of Court**

**By:  /s/ Anita Pribula**
_____
**Deputy Clerk**

**Dated: 03:39 PM April 27, 2015**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO AT CANTON

| | |
|---|---|
| In re: | CASE NO. 14-62651 |
| DAVID ALLEN NIEDERMEIER | CHAPTER 7 |
| Debtor | JUDGE RUSS KENDIG |

**ORDER GRANTING MOTION OF THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAMP TRUST 2004-SEA2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-SEA2 FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT (Docket #13)**

**129 RAE AVENUE
MANSFIELD, OH 44903-1420**

This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by The Bank of New York Mellon f/k/a The Bank of New York successor in interest to JPMorgan Chase Bank, National Association, as Trustee for GSAMP Trust 2004-SEA2, Mortgage Pass-Through Certificates, Series 2004-SEA2 ("Movant") (Docket #13), pertaining to real estate located at 129 Rae Ave, Mansfield, OH 44903-1420.  Movant has alleged that good cause for granting

the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 129 Rae Avenue, Mansfield, OH 44903-1420.

# # #

SUBMITTED BY:

/s/ Martha R. Spaner
Martha R. Spaner (0074971)
Attorney for Movant
3962 Red Bank Road
Cincinnati, OH 45227
voice: (513) 322-7000
facsimile: (513) 322-7099

**Copies to:**

**Electronically Via ECF Mail:**

Douglas L Thrush, Debtor's Counsel
douglaslt@embarqmail.com

Anthony J. DeGirolamo, Trustee -Mansfield, Bankruptcy Trustee
ajdlaw@sbcglobal.net

U.S. Trustee
(Registered Address@usdoj.gov

Martha R. Spaner
martha.spaner@rslegal.com

**Regular US Mail**:

David Allen Niedermeier, Debtor
129 Rae Avenue
Mansfield, OH 44903-1420